# ERIC HAFNER
# 354 DOREMUS AVE
# NEWARK NJ 07105

UNITED STATES DISTRICT COURT

S OUTHERN DISTRICT OF NEW ~~JERSEY~~ YORK

~~NEWARK VICINAGE~~

MANHATTAN

Civil Action No. _____

SDNY

)
)
)
)
)
)
**ERIC HAFNER**                          )
*Plaintiff*                              )          ~~COMPLAINT FOR~~
vs.                                      )          VIOLATIONS OF RICO
                                         )          (**18 U.S.C. § 1961**)
**SENATOR ROBERT**                       )
**MENENDEZ**                             )
*Defendants*                             )          DEMAND
                                         )          FOR
                                         )          JURY TRIAL
                                         )
                                         )

## RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) COMPLAINT UNDER 18 U.S.C. § 1961

**Plaintiff, ERIC HAFNER, alleges as follows:**

## JURISDICTION AND VENUE

1. This action is brought pursuant to the provisions of the

Racketeer Influenced and Corrupt Organizations Act (RICO), 18

U.S.C. § 1961 et seq. This court has subject matter jurisdiction

under 28 U.S.C. § 1331 and 18 U.S.C. § 1964.

2. Venue is proper in this district pursuant to 28 U.S.C. 1391(b)(2)

in that all defendants reside in this district, and/this is the district
                                                     or

in which a substantial part of the events or omissions giving rise to

the claim occurred.

## PARTIES

3. Plaintiff **ERIC HAFNER** is a U.S. citizen, and New Jersey

Democratic Party registered voter, at 354 Doremus Ave, Newark NJ

07105-4882. **ERIC HAFNER** has ran for U.S. Congress as a

Democratic Party candidate, and has worked for other local, state,

and federal Democratic Party political candidates across the United

States.

4. Defendant **ROBERT MENENDEZ** is a resident of Hudson County,

New Jersey, and elected official as a United States Senator for the

State of New Jersey. Senator **ROBERT MENENDEZ** maintains an

office in the United States Senate Office Building, The Capitol,

Washington DC 20530.

## **FACTS**

7. **ROBERT MENENDEZ** is an elected United States Senator who

represents New Jersey.

8. **ROBERT MENENDEZ** up until his criminal indictment, was the

chairman of the powerful United States Senate Foreign Relations Committee.

9. **ROBERT MENENDEZ**, instead of serving the people of the United States of America, and State of New Jersey, acted as a secret foreign agent for the foreign Government of Egypt.

10. **ROBERT MENENDEZ** repeatedly on dates including 2021, 2023, and 2023, received cash and precious metals worth millions in exchange for his official acts as a U.S. Senator, on behalf of the Government of Egypt, in violation of 18 U.S.C. § 201.

## RICO VIOLATION

17. Over a period of years, **ROBERT MENENDEZ**, his wife Nadine Menendez, and others known and unknown conspired to receive these bribes from the Government of Egypt, and in fact received these bribes, items of value, including cash in violation of 18 U.S.C. 201. This association-in-fact meets the requirements for a

RICO enterprise within the meaning of 18 U.S.C. § 1961(4). See

Boyle v. United States, 556 U.S. 938, 948-949, 129 S. Ct. 2237,

173 L. Ed. 2d 1265 (2009).

18. The fraudulent misrepresentations and corrupt acts set forth

above represented a scheme to induce the United States Senate

seat held by **ROBERT MENENDEZ** to be improperly controlled by

the Government of Egypt, despite being a foreign government, and

to thus defraud the people of New Jersey of their elected

representation. Defendants scheme was facilitated by their use of

the United States Mail, resulting in mail fraud within the meaning

of 18 U.S.C. 1341; wire fraud with the meaning of 18 U.S.C. § 1343;

fraud within the meaning of 18 U.S.C. § 1341; honest services fraud

within the meaning of 18 U.S.C. § 1346. **ROBERT MENENDEZ**, his

wife Nadine Menendez, and others known and unknown committed

bribery, mail and wire fraud to deprive New Jersey voters and

citizens of their intangible right to the defendants' honest services,

in violation of 18 U.S.C. §§ 1341, 1343, and 1346.

19. The misrepresentations involved in the mail fraud were made to,

and relied on, by the United States Senate and other parties

receiving them, and by voters such as plaintiff. However, as the

United States Supreme Court has clearly held, a plaintiff is not

required to establish that it was the plaintiff who relied on the

fraud, as long as the complained-of injuries are by reason of, that

is, proximately caused by, defendants actions. See Bridge v.

Phoenix Bond & Indem. Co., 553 U.S. 639, , 128 S. Ct. 2131  or ,

170 L. Ed 2d 1012 (2008).


20. Mail fraud constitutes racketeering activity as that term is

defined in 18 U.S.C. §  1961(1)(B). The mail fraud satisfies the

requirements for a RICO predicate act and for a nexus with

interstate commerce.


21. Defendants multiple fraudulent misrepresentations and bribes

as detailed above constitute a pattern of racketeering activity within

the meaning of 18 U.S.C. § 1961(5).


22. Defendants have conducted and have conspired to conduct the

affairs of the RICO enterprise through a pattern of racketeering

activity in violation of 18 U.S.C. § 1962(c), (d).

23. Here, as a direct and proximate result of defendant's actions, Plaintiff was deprived of his right to honest government, and as a Democratic Party voter, and federal candidate as a Democrat, has had his ability to be elected tarnished by the crimes committed by **ROBERT MENENDEZ** and Nadine Menendez. Thus, as a direct and proximate result of defendants RICO violations, plaintiff was injured in its business and property in violation of 18 U.S.C. § 1962(c), (d).

24. Plaintiff has suffered actual damages of at least $100,000,000 based on the value of the honest government services and lack of taint to Democratic Party candidates such as himself and otherwise candidates who would employ plaintiff would otherwise have received in salary, support and donations.

25. Defendants are liable to plaintiff for treble damages, together with all costs of this action plus reasonable attorneys fees, as provided under 18 U.S.C. § 1964(c).

## **REQUEST FOR RELIEF**

Plaintiff requests relief, as follows:

A. That plaintiff be granted judgment against defendants in the total amount of all damages suffered by it as a result of defendants wrongful acts;

B. That plaintiff be granted judgment against defendants for treble damages suffered by reason of injury to his business and property as a result of defendants violations of 18 U.S.C. § 1962(c).

C. That plaintiff be granted judgment against defendants for all costs of this action, including reasonable attorneys fees; and

D. That this court grant plaintiff any other relief that it considers just and appropriate under the circumstances.

*Eric Hafner*

**ERIC HAFNER**
**354 DOREMUS AVE**
**NEWARK NJ 07105**

**Dated: October 30, 2023**

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ERIC HAFNER

**(b)** County of Residence of First Listed Plaintiff  ESSEX
*(EXCEPT IN U.S. PLAINTIFF CASES)*
ESSEX COUNTY JAIL

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ERIC HAFNER, 354 DOREMUS
AVE, NEWARK NJ 07105

### DEFENDANTS
SENATOR ROBERT MENENDEZ

County of Residence of First Listed Defendant  HUDSON (NJ)
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br><br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[X] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | [ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | [ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act | [ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | [ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| | | **IMMIGRATION** | | | |
| | | [ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:  18 USC § 1961

Brief description of cause:  RICO CIVIL ACTION

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  10/30/23

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

ERIC
HAFNER
354 DOREMUS
AVE
NEWARK NJ
07105-4882

RECEIVED
PRO SE OF
NOV - 7 2023
USM P3 NY

CERTIFIED MAIL

7022 1670 0001 2229 1004

RECEIVED
CLERK'S OFFICE
S.D.N.Y.

Rose
BC

TO: U.S. DISTRICT
COURT
CLERK OF T
COURT
500 PEARL

FIRST-CLASS